UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TONI WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CV783 RWS |
| ) | |
| TIMOTHY HAGERTY, et. al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Scheduling issues are arising in this case. In order to preserve judicial efficiency, I will hold a conference to discuss the possibility of making changes to the Case Management Order. Any requests for changes to the Case Management Order shall be submitted jointly by the parties two days prior to the conference.

Accordingly,

**IT IS HEREBY ORDERED** that a scheduling conference will be held on **June 20, 2005, at 10:00 a.m.** in the chambers of the undersigned.

Dated this 26th Day of May, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE